HENRY BARKMANN et al., Appellants, *v.* TOWN OF HEMPSTEAD et al., Respondents.

Argued April 5, 1945; decided May 17, 1945.

*Leon Lang* for appellants.

*George R. Brennan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.